**AYER & LORD TIE COMPANY, Appellant, v.
CITIZENS SAVINGS BANK OF PADUCAH, KENTUCKY, Appellee.**

Court of Appeals of Kentucky.

(Decided Oct. 8, 1935.)

C. C. GRASSHAM, for movant.

J. D. MOCQUOT, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

**BROWN v. COMMONWEALTH**

Court of Appeals of Kentucky.

(Decided Oct. 11, 1935.)

H. H. RAMEY, for movant.

BAILEY P. WOOTTON, Attorney General, and RAY L. MUR PHY, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied. Judgment affirmed.

**BRYON, Movants, v. BROTHER et al., for Use and Benefit of City of Owingsville, Opposed.**

Court of Appeals of Kentucky.

(Decided Oct. 22, 1935.)

O. F. BYRON, and W. B. WHITE, for movant.

J. J. WINN, J. A. RICHARDS and G. E. EWING, for City of Owingsville.

PER CURIAM.

Appeal denied; judgment affirmed.